IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LEVINIO JOSE L.,

    **Plaintiff,**

v.

    CIV. NO. 1:24-cv-00128-KRS

MARTIN O'MALLEY,
Commissioner of Social Security,

    **Defendant.**

## ORDER

On consideration of Defendant's Unopposed Motion for Remand to Agency pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 11), the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and REMANDS the case to the Commissioner for further administrative proceedings.

                                      KEVIN R. SWEAZEA
                                      UNITED STATES MAGISTRATE JUDGE

Submitted by:

    ALEXANDER M.M. UBALLEZ
    United States Attorney

    /s/ Annalies van der Valk
    ANNALIES VAN DER VALK
    Special Assistant United States Attorney

    ATTORNEYS FOR DEFENDANT

Approved by:

    /s/ *electronically approved*
    Laura Joellen Johnson

    ATTORNEY FOR PLAINTIFF